# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142533(65)(66)

GENERAL MOTORS CORPORATION,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

_____

SC:   142533
CoA:  291947
Ct of Claims: 07-000151-MT

     On order of the Chief Justice, motions for the temporary admission to practice of Kent L. Jones and Daniel H. Schlueter are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2011

_____
Clerk